# IN THE SUPREME COURT OF THE STATE OF NEVADA

VITALY ZAKOUTO, A/K/A WILLIAM V. MOR,

Appellant,

vs.

THE STATE OF NEVADA,

Respondent.

No. 73814

**FILED**

OCT 23 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY *S. Young*
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a purported decision denying an objection to and motion to strike findings of fact and conclusions of law and order. Eighth Judicial District Court, Clark County; Michael Villani, Judge.

Our review of this appeal reveals jurisdictional defects. The district court took the motion off calendar. Thus, the order is not a final appealable decision. *See* NRS 177.015(3). Further, no statute or court rule permits an appeal from an order taking the matter off calendar or from an order denying an objection to and motion to strike the findings of fact and conclusions of law and order. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990) (right to appeal is statutory; where no statute or court rule provides for an appeal, no right to appeal exists). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

cc: Hon. Michael Villani, District Judge
Vitaly Zakouto
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk